ARTHUR C. PLATT, Appellant, *v.* SEYMOUR W. BONSALL et al., Respondents.

*Platt* v. *Bonsall*, 143 App. Div. 112, appeal dismissed.
(Argued October 31, 1913 ; decided November 18, 1913.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the second judicial department, entered February 17, 1911, reversing a judgment in favor of plaintiff entered upon a verdict and granting a new trial in an action for malicious prosecution.

The following questions were certified: "*First.* Did the trial court err in denying defendants' motion for

nonsuit made upon the ground that there was probable cause for bringing the action for conversion?

"*Second*. Was the admission in evidence of the judgment roll and the judge's charge to the jury in the Federal court action hurtful error and ground for reversal?

"*Third*. Was it error for the trial court to allow plaintiff to prove the amount of profits drawn from the business during the plaintiff's connection with it?"

*Robert B. Honeyman* and *A. Parker Smith* for appellant.

*Adam K. Stricker* for respondents.

Appeal dismissed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, WILLARD BARTLETT, HISCOCK, CHASE, HOGAN and MILLER, JJ.